UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS WELFARE TRUST, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>VVP AMERICA INC.<br><br>        Defendant.<br>_____/ | No. C-04-05390 CW (EDL)<br><br>NOTICE OF TIME CHANGE FOR <u>SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for July 6, 2005 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California has been rescheduled for **1:30 p.m**.

Settlement Conference statements, if not previously submitted, are due June 27, 2005 . All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: June 24, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge